IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYAN PERROTTA and NICOLE PERROTTA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-21-DII |
| BANK OF AMERICA NATIONAL ASSOCIATION, | § § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On this date, the Court entered an order granting Defendant's motion to dismiss and dismissing Plaintiffs' claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on October 22, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1